# "Affidavit"

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: } Case No. 22 B 08276
} 
   CAMILLE WALKER } Chapter 13
}
Debtor(s) } Cook County

# AFFIDAVIT OF CAMILLE WALKER

I, Camille Walker, on oath and having been sworn, state and aver the following:

1. That my name is Camille Walker.
2. That I was a Debtor in one prior case during the last twelve months.
3. That I filed a prior Chapter 13, Case 21 B 01085, on January 27, 2021.
4. That my previous case was dismissed on June 30, 2022, for Failure to Make Plan Payments.
5. That I fell behind on my plan payments because I was injured at my job in September of 2021.
6. That I kept receiving payments from my job until November 2021, during which time payroll deductions were posting. However, after that point, no further payroll deduction payments posted with the Trustee.
7. That between that time and July of 2022, I was receiving substantially reduced income.
8. That I was recently approved for workman's compensation payments, to begin July 16, 2022.
9. That I can now resume making payments to the Trustee.
10. That I am in a position to proceed and have filed this case in good faith.

I hereby state, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Further Affiant Sayeth Not.

*(signed)* Camille Walker   Date 7/21/22

SUBSCRIBED AND SWORN BEFORE ME THIS ___ DAY OF _____ 21st day of July, 2022

_____
Notary Public
Law Offices of David Freydin, LLC
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: (847) 972-6157

BRIAN P DESHUR
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 7, 2023